# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1633
Lower Tribunal No. 2020-CA-011969-O

_____

PEDRO BATISTA, JUAN ARIAS, and STEPHANIE RUBIO,

Appellants,

v.

HUB GROUP TRUCKING, INC., CHARLES B. WILLIAMS, and JOHN VANCE,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

July 2, 2026

PER CURIAM.

AFFIRMED. *See Crecelius v. Rizzitano*, 430 So. 3d 268, 278 (Fla. 6th DCA 2026) (en banc) ("[T]he rules promulgated by the Florida Supreme Court give trial judges the power and duty to set and enforce deadlines[.]").

NARDELLA and WHITE, JJ., concur.
SMITH, J., concurs in result only.


Andrew A. Harris and Grace Mackey Streicher, of Harris Appeals, P.A., Palm Beach Gardens, for Appellants.

C.H. Houston, III, L. Johnson Saber, III, Heath L. Vickers and Alison H. Sausaman, of Carr Allison, Jacksonville, for Appellees, HUB Group Trucking, Inc. and Charles B. Williams.

No Appearance for Appellee, John Vance.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED